IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY DIDONATO d/b/a SYNDICATED REPORTERS, INC. | : : : | CIVIL ACTION |
| v. | : : | |
| U.S. LEGAL SUPPORT, INC. and JOSEPH J. SARACO | : : | NO. 15-6035 |

## ORDER

**AND NOW**, this 17th day of August, 2017, upon consideration of Defendant U.S. Legal Support, Inc.'s "Motion for Summary Judgment" (Docket No. 28), all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of Counts II and III of the Amended Complaint.

2. The Motion is **DENIED** insofar as it seeks dismissal of Count I of the Amended Complaint.

3. The Motion is **DENIED** insofar as it seeks judgment in favor of U.S. Legal Support on its Counterclaim.

4. **JUDGEMENT IS ENTERED** in favor of U.S. Legal Support and against Plaintiff as to Counts II and III of the Amended Complaint.

BY THE COURT:

/s/ John R. Padova, J.
John R. Padova, J.